1  MATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
2  BRYAN W. VERESCHAGIN (SBN 188608)
   GONZALEZ & LEIGH LLP
3  Two Shaw Alley, 3rd Floor
   San Francisco, CA  94105
4  Telephone:  (415) 512-2000
   Facsimile:  (415) 512-2001
5
   JIVAKA CANDAPPA (SBN 225919)
6  5111 Telegraph Avenue, #215
   Oakland, CA 94609
7  Telephone: (510) 654-4129
   Facsimile: (510) 594-9610
8
   Attorneys for Plaintiff STANCY
9  NESBY

10              UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  STANCY NESBY, an Individual,              Case No. C-05-03555-JL

14              Plaintiffs,                   **PLAINTIFF STANCY NESBY'S
                                              REQUEST FOR VOLUNTARY
15        v.                                  DISMISSAL OF CLAIMS AGAINST
                                              OFFICER T. WILLIAMS AND OFFICER
16  THE CITY OF OAKLAND and OFFFICER J.       ANTHONY WAYNE AND ORDER RE
    ANDERSON, OFFICER T. WILLIAMS,            VOLUNTARY DISMISSAL PURSUANT
17  OFFICER ANTHONY WAYNE, and DOES 1-        TO FED. R. CIV. P. 41(a)(1)**
    20, inclusive,
18
                Defendants.
19

20       Plaintiff hereby respectfully requests that this Court voluntarily dismiss her claims against

21  Officer T. Williams and Officer Anthony Wayne pursuant to Federal Rule of Civil Procedure 41(a)(1).

22       IT IS SO ORDERED

23  DATED: ____June 7_____, 2006

24                                            _____

25                                            Judge James Larson

26

27

28                                    1