UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY NESBY,<br><br>   Plaintiff,<br><br> v.<br><br>THE CITY OF OAKLAND, ET AL.,<br><br>   Defendants.<br>_____/ | No. C 05-3555   JL<br><br>ORDER ON DISCOVERY DISPUTE<br><br>(Granting Docket # 36) |

## Introduction

This Court has jurisdiction over this case under 42 U.S.C. §1983 and by consent of the parties as provided by 28 U.S.C. §636(c) and Civil Local Rule 73. The parties submitted a discovery dispute, dated August 18th, 2006, pursuant to this Court's Standing Order and the Minute Order of the Case Management Conference on August 16th, 2006. Discovery closed on July 28. The last day to bring a discovery motion was seven court days after the cut off.

## Discovery Dispute

On July 17, 2006, without any prior meet and confer as required by Civil Local Rule 30-1, Plaintiff served a 30(b)(6) deposition notice directing Defendants to designate and produce a number of witnesses to testify on 23 separate topics.

1  The Court has reviewed the August 18th memorandum. The matter is suitable for
2 disposition without oral argument pursuant to Civil Local Rule 7-1(b). The main issues in
3 this case involve the disposition of an electronic arrest warrant issued by the San Francisco
4 Police Department and Plaintiff's claim of use of excessive force by officers of the Oakland
5 Police Department.

**Order**

7  The Court hereby directs Defendants to make available a knowledgeable witness to
8 testify on topics 15 through 17 and 22 through 23. The hearing on this motion on
9 September 20, 2006 is hereby vacated.
10  IT IS SO ORDERED.
11 DATED: August 30, 2006

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\05-3555\ord-36.wpd