1  MATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
2  BRYAN W. VERESCHAGIN (SBN 188608)
   JUAN ENRIQUE PIERCE (SBN 236228)
3  GONZALEZ & LEIGH LLP
   Two Shaw Alley, Third Floor
4  San Francisco, CA 94105
   Telephone: (415) 512-2000
5  Facsimile: (415) 512-2001

6  JIVAKA CANDAPPA (SBN 225919)
   5111 Telegraph Avenue, #215
7  Oakland, CA 94609
   Telephone: (510) 654-4129
8  Facsimile: (510) 594-9610

9  Attorneys for Plaintiff
   STANCY NESBY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| STANCY NESBY, | Case No. C05-03555 JL |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| THE CITY OF OAKLAND and OFFICER J. ANDERSON et al., | |
| Defendants. | |

Pursuant to the stipulated protective order entered into by the parties it is hereby ordered that a portion of Plaintiff's letter brief dated November 7, 2006, shall be filed under seal. IT IS SO ORDERED.

Dated: November 13, 2006

_____
Hon. James Larson
United States Magistrate Judge
Northern District of California

*IT IS SO ORDERED*
*Judge James Larson*

-1-

[PROPOSED] ORDER                                                      C05-03555 JL