MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN W. VERESCHAGIN (SBN 188608)
JUAN ENRIQUE PIERCE (SBN 236228)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

JIVAKA CANDAPPA (SBN 225919)
5111 Telegraph Avenue, #215
Oakland, CA 94609
Telephone: (510) 654-4129
Facsimile: (510) 594-9610

Attorneys for Plaintiff
STANCY NESBY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANCY NESBY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF OAKLAND and OFFICER J. ANDERSON et al.,<br><br>　　　　　Defendants. | Case No. C05-03555 JL<br><br>[PROPOSED] ORDER |

Pursuant to the stipulated protective order entered into by the parties it is hereby ordered that Exhibits A, B, C and D attached to Declaration of Jivaka Candappa shall be filed under seal.

IT IS SO ORDERED.

Dated: November 22, 2006

_____
Hon. James Larson, United States Magistrate Judge
United States District Court
Northern District of California

*IT IS SO ORDERED — Judge James Larson*

-1-

**CANDAPPPA DECL. ISO MOTION TO FILE DOCUMENTS UNDER SEAL**　　　　**C05-03555 JL**