```
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN W. VERESCHAGIN (SBN 188608)
JUAN ENRIQUE PIERCE (SBN 236228)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA  94105
Telephone:  (415) 512-2000
Facsimile:   (415) 512-2001

JIVAKA CANDAPPA (SBN 225919)
5111 Telegraph Avenue, #215
Oakland, CA 94609
Telephone: (510) 654-4129
Facsimile: (510) 594-9610

Attorneys for Plaintiff
STANCY NESBY
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANCY NESBY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF OAKLAND and OFFICER J. ANDERSON et al.,<br><br>    Defendants. | Case No. C05-03555 JL<br><br>**[PROPOSED] ORDER** |

Pursuant to the Stipulated Protective Order entered into by the parties it is hereby ordered that a portion of the Confidential Declarations of Jivaka Candappa, Taylor Miller and Valeria Washburn submitted in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment in Alternative shall be filed under seal.

IT IS SO ORDERED.

Dated: December 14, 2006

_____
Hon. James Larson
United States Magistrate Judge
Northern District of California

*IT IS SO ORDERED*
/s/ James Larson
Judge James Larson

-1-