# JIVAKA CANDAPPA

ATTORNEY AT LAW

5111 Telegraph Avenue, #215
Oakland, CA 94609

T  510 654 4129
F  510 594 9610
jcandappa@sbcglobal.net

January 9, 2007

Honorable James Larson, Chief Magistrate Judge
United States District Court
Courtroom F
Federal Building, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re. *Stancy Nesby v. City of Oakland, et al.*
United States District Court No: C-05-03555 JL
Request for Continuance of Hearing on Defendants' Motion for Summary Judgment

Your Honor:

     Plaintiff's counsel submits this request for a further continuance consequent to the Court's Notice continuing the hearing on Defendants' motion for Summary Judgment from January 10 to January 17, 2007. Unfortunately, I have a scheduling conflict on January 17 in that I will be attending an all-day mandatory mediation session in connection with an appeal that is currently pending in the First Appellate District of the California Court of Appeal.

     I would greatly appreciate the Court continuing the hearing on the motion for summary judgment to another date. I apologize for any inconvenience caused to the Court in this regard.

Respectfully submitted,

/S/ Jivaka Candappa      January 16, 2007

Jivaka Candappa
Attorney for Plaintiff, Ms. Stancy Nesby

cc:    Mr. Pelayo Llamas, City of Oakland (via e-filing)
       Mr. Bryan Vereschagin, Gonzalez & Leigh LLP



IT IS SO ORDERED
Judge James Larson