MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN W. VERESCHAGIN (SBN 188608)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Fax: (415) 512-2001

JIVAKA CANDAPPA (SBN 225919)
5111 Telegraph Avenue, #215
Oakland, CA 94609
Telephone: (510) 654-4129
Fax: (510) 594-9610

Attorneys for Plaintiff STANCY NESBY

JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
RACHEL WAGNER, Supervising Trial Attorney - State Bar #127246
PELAYO A. LLAMAS, JR., Deputy City Attorney - State Bar #162046
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6621        Fax: (510) 238-6500
23952/396296

Attorneys for Defendants
CITY OF OAKLAND and
OFFICER JAMES ANDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANCY NESBY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. C-05-03555-JL(EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE** |

Plaintiff STANCY NESBY, through her attorneys BRYAN W. VERESCHAGIN, ESQ. of GONZALEZ & LEIGH, LLP, and JIVAKA CANDAPPA, ESQ., of

The Law Office of JIVAKA CANDAPPA, and Defendants CITY OF OAKLAND and JAMES ANDERSON by and through their attorney PELAYO A. LLAMAS, JR., Deputy City Attorney of the OAKLAND CITY ATTORNEY'S OFFICE, hereby stipulate and request as follows:

1. That the further Settlement Conference currently scheduled before Magistrate Edward M. Chen on February 9, 2007 be **continued to February 23, 2007 at 9:30 a.m.**;

2. That further Settlement Conference Statements shall be lodged with Judge Chen's chambers by February 16, 2007.

3. Statements shall be lodged in hard copy only and not electronically filed;

4. That all other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect; and

5. That the parties shall notify Magistrate Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for the further Settlement Conference.

**IT IS SO STIPULATED.**

DATED: February 1, 2007             GONZALEZ & LEIGH, LLP

                                    By: /s/ BRYAN W. VERESCHAGIN
                                    BRYAN W. VERESCHAGIN, ESQ.
                                    Attorneys for Plaintiff
                                    Stancy Nesby

DATED: January 31, 2007

                                    /s/ JIVAKA CANDAPPA
                                    JIVAKA CANDAPPA
                                    Attorney for Plaintiff
                                    Stancy Nesby

| | | |
|---|---|---|
| 1 | DATED: February 1, 2007 | OFFICE OF THE CITY ATTORNEY |
| 2 | | |
| 3 | | By:/s/ PELAYO A. LLAMAS, JR.<br>PELAYO A. LLAMAS, JR. |
| 4 | | Deputy City Attorney<br>Attorneys for Defendants |
| 5 | | City of Oakland and Officer James Anderson |

6   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7   DATED: February 1, 2007

9   EDWARD M.
10  United States [Magistrate Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*