

GONZALEZ & LEIGH LLP

June 13, 2007

The Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**IT IS SO ORDERED**
*/s/ James Larson*
Judge James Larson

        Re:    Stancy Nesby v. City Oakland, et al.
               No. C-05-03555 JL

Your Honor:

This will confirm that a settlement has been reached in the referenced matter, but that it is contingent upon approval by the Oakland City Council in open session. The Court had requested that the parties file a dismissal prior to June 18, 2007, but that will not be possible given that the settlement still needs to be approved in by the Oakland City Council, and plaintiff cannot dismiss her claims until a final settlement is in place. It is our understanding that the settlement will be presented to the Oakland City Council at its next meeting in July of 2007. Once approved, and payment is received, plaintiff will promptly file a dismissal.

In light of the conditional settlement, all parties have agreed that the present June 18, 2007 trial date should be vacated, but that a settlement compliance and/or trial resetting conference should be held in September 2007. This will confirm that the Court has set a settlement compliance/trial resetting conference for September 5, 2007 at 9:30 a.m.

Two Shaw Alley
3rd Floor
San Francisco, CA
94105

TEL 415-512-2000
FAX 415-512-2001

The Honorable James Larson
June 13, 2007
Page 2


Thank you for you attention to these matters.

                                              Sincerely,

                                        GONZALEZ & LEIGH, LLP

                                                    /s/

                                          Bryan Vereschagin


cc:    John Russo, Esq. (by facsimile only)
        Anthony Allard, Esq.
        Jivaka Candappa, Esq.