1  MATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
2  BRYAN VERESCHAGIN (SB 188608)
   GONZALEZ & LEIGH LLP
3  Two Shaw Alley, Third Floor
   San Francisco, CA 94105
4  Telephone: (415) 512-2000
   Facsimile: (415) 512-2001
5
   JIVAKA CANDAPPA (SBN 225919)
6  5111 Telegraph Avenue, #215
   Oakland, CA 94609
7  Telephone: (510) 654-4129
   Facsimile: (510) 594-9610
8
   Attorneys for Plaintiff
9  STANCY NESBY

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13
   STANCY NESBY,                    Case No. C05-03555 JL
14
              Plaintiff,            **STIPULATION OF DISMISSAL
15                                  PURSUANT TO FED. R. CIV. P.
        v.                          41(a)(1)(ii)**
16
   THE CITY OF OAKLAND and OFFICER J.   Judge:   The Honorable James Larson
17 ANDERSON, OFFICER T. WILLIAMS,
   OFFICER ANTHONY WAYNE, and DOES 1-
18 20, inclusive,

19            Defendants.

FRCP 41 STIPULATED DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: September 4, 2007

GONZALEZ & LEIGH, LLP

By_____/s/ Bryan W. Vereschagin_____
BRYAN W. VERESCHAGIN
Attorneys for Plaintiff
STANCY NESBY

Dated: September 4, 2007

BENNETT, SAMUELSEN, REYNOLDS & ALLARD

By_____/s/Thomas S. Gelini_____
THOMAS S. GELINI
Attorneys for Defendant
JAMES ANDERSON

September 5, 2007

IT IS SO ORDERED

*Judge James Larson*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA